Robyn M. Rebers, OSB# 034309
Robyn M. Rebers LLC
PO Box 3530
Wilsonville, OR 97070
Tel: 503-871-8890
Fax: 888-398-8793
robyn@reberslaw.com
Attorney for Plaintiff

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF OREGON

**CHRISTOPHER HEWITT,**

Plaintiff,

v.

**NANCY A. BERRYHILL,**
Acting Commissioner of Social Security,

Defendant.

CV No.: 3:16-cv-01669-BR

ORDER APPROVING PLAINTIFF'S
MOTION FOR ATTORNEY FEES
PURSUANT TO 42 U.S.C. §406(b)

After considering Plaintiff's Motion for Attorney Fees, and counsel for Defendant having no objection, Order is hereby granted in the sum of $13,134.81 for attorney fees pursuant to 42 U.S.C. §406(b). The Commissioner shall deduct from this amount an administrative assessment under 42 U.S.C. §406(d) and pay Plaintiff's counsel the balance.

IT IS SO ORDERED this 7 day of November, 2017.

_____
Anna J. Brown
United States District Court Judge

PRESENTED BY:
Robyn M. Rebers OSB#034309
Attorney for Plaintiff